WAWD - Praecipe (Revised 2/13/13)

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

            JUN 01 2018     CA

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

PAKIE VINCENT PLASTINO

Plaintiff(s),

v.

WOOD & JONES ET AL

Defendant(s).

Case No. 17-cv-1753-JCC

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

THE APPLT PAKIE V. PLASTINO REQUESTS THE COURT TO EXTEND THE TIME ALLOWED FOR FILING HIS OPENING BRIEF. THE GROUNDS FOR AN EXTENSION OF TIME ARE SET FORTH IN THE ATTACHED DECLARATION.

6/1/2018 [signature]

/Dated          Sign or use an "/s/" and your name

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**                     Page 1 of 1

DECLARATION OF PAKIE V. PLASTINO

I, Pakie V. Plastino, do hereby declare under penalty of perjury as follows:

1. I am the Appellant in this case. During a chance meeting this past Tuesday (May 29th) with an attorney/friend who is acquainted with my case, I learned for the first time that my opening brief was supposed to have been filed by April 23rd.
2. My wife and I are very conscientious with incoming mail so I was confident that we had never received any notice from the Court instructing me as to when my opening brief was due to be filed.
3. Later that same day, I contacted the District Court by telephone. I explained the problem and they suggested that I come to the Clerk's Office the next morning to review the file, which I did.
4. I found no schedule or instructions pertaining to briefs. The Clerk's Office employee with whom I spoke confirmed that there was no scheduling document in the case file. She suggested that I go to the Bankruptcy Clerk's Office to see if a notice had been sent from the Bankruptcy Court.
5. The Bankruptcy Clerk's Office searched my case file. They had me meet with a lady who sent me back to District Court to meet with Paula McNabb.
6. Ms. McNabb explained that the briefing notice had "fallen through the cracks," and had never been sent to me. She then gave me the form for filing this request for an extension.
7. Based on the fact that I never received notice that my opening brief was due in April, and that I only learned of the problem on May 29, 2018, I request the Court to grant me an extension for filing my opening brief.

Dated this 31st day of May, 2018.

_____
Pakie V. Plastino