THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAKIE V. PLASTINO, | CASE NO. C17-1753-JCC |
| Appellant, | MINUTE ORDER |
| v. | |
| WOOD & JONES PS, *et al.*, | |
| Appellees. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Appellant's motion for an extension of time to file an opening brief (Dkt. No. 8). Finding good cause, the Court GRANTS the motion. Appellant's brief shall be due by July 9, 2018, Appellees' response brief is due by August 8, 2018, and Appellant's reply brief is due by August 22, 2018. This matter shall be renoted on the motion calendar to August 24, 2018.

DATED this 4th day of June.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C17-1753-JCC
PAGE - 1