THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAKIE V. PLASTINO, | CASE NO. C17-1753-JCC |
| Appellant, | MINUTE ORDER |
| v. | |
| WOOD & JONES PS, *et al.*, | |
| Appellees. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously granted Appellant's motion for extension of time to file an opening brief. (Dkt. Nos. 8, 9.) The matter was renoted to August 24, 2018, and Appellant's opening brief was due by July 9, 2018. (Dkt. No. 9.) Appellant has not filed any briefing in this matter. Appellant is ORDERED to show cause why this case should not be dismissed for failure to prosecute. Appellant shall file a response with the Court within 14 days from the issuance of this order.

DATED this 6th day of September 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1753-JCC
PAGE - 1