UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAKIE V. PLASTINO, | CASE NO. C17-1753-JCC |
| Plaintiff, | ORDER |
| v. | |
| WOOD & JONES PS, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. On September 6, 2018, the Court ordered Appellant to show cause why this case should not be dismissed for failure to prosecute. (Dkt. No. 10.) Appellant was given 14 days from the issuance of the order to show cause. (*Id*.) On September 18, 2018, pursuant to Federal Rule of Civil Procedure 25(a), Defendants notified the Court of Appellant's death. (Dkt. No. 11.) Because no briefing has been filed in this matter, the Court declines to order substitution of the proper party at this time. Fed. R. Civ. P. 25(a)(1).

Therefore, this action is DISMISSED without prejudice for failure to prosecute.

DATED this 24th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE